UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )  )  **Plaintiff,** )  )  v. )  )  )  **DARREN D. HAWKINS,** )  )  **Defendant.** )  _____ ) | Cr. No. 05-520-M-01 (JMF) |

## NOTICE OF APPEARANCE

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

          Respectfully submitted,

          A.J. KRAMER
          FEDERAL PUBLIC DEFENDER

             /s/
          _____

          Mary Manning Petras
          Assistant Federal Public Defender
          625 Indiana Avenue, N.W., Suite 550
          Washington, D.C. 20004
          (202) 208-7500