IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| v. | : | Case Number: 05-388 |
| **Darren Hawkins** | : | |

<u>DEFENDANT'S MOTION TO CONTINUE</u>

Darren Hawkins, through undersigned counsel, respectfully moves this Court, to continue his plea hearing in this case. In support of this motion counsel states the following:

1. A plea hearing in the captioned case is set for June 28, 2006.

2. Undersigned counsel just completed a two week murder trial in U. S. v. Lennell Cooper in the Superior Court of the District of Columbia and has not had the opportunity to visit the defendant at the jail to discuss this case in detail with him.

3. Counsel has tried to contact assigned Assistant United States Attorney Alex Shawe, however has not been able to reach him due to problems with the phone system at the U.S. Attorney's Office.

4. Undersigned is available for a hearing the week of July 5, 2006.

WHEREFORE, the defendant requests that this Honorable Court continue the plea hearing in the captioned case.

Respectfully submitted,

/s/
_____
Nikki Lotze
Roberts & Wood
6801 Kenilworth Avenue, #202
Riverdale, MD 20737
(301) 699-0764