# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES**                    :

**v.**                               :           **Case Number: 05-388**

**Darren Hawkins**                   :

## PROPOSED ORDER

UPON CONSIDERATION of the Defendant's Motion to Continue, it is this _____

day of _____ 2006, hereby

ORDERED that the Motion is GRANTED and the hearing is hereby set for

_____.


_____
JUDGE KESSLER

cc:    Nikki Lotze
       Roberts & Wood
       6801 Kenilworth Avenue
       Suite 202
       Riverdale, MD 20737

       AUSA Alex Shawe
       Office of the United States Attorney
       555 Fourth Street, NW
       Washington, D.C. 20530