IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES          :

v.                     :         Case Number: 05-388

Darren Hawkins         :

## PROPOSED ORDER

UPON CONSIDERATION of the Defendant's Motion to Continue, it is this _27th_ day of _June_ 2006, hereby

ORDERED that the Motion is GRANTED and the hearing is hereby set for _July 6, 2006 at 3:30 p.m._

_Gladys Kessler_
JUDGE KESSLER

cc:   Nikki Lotze
      Roberts & Wood
      6801 Kenilworth Avenue
      Suite 202
      Riverdale, MD 20737

      AUSA Alex Shawe
      Office of the United States Attorney
      555 Fourth Street, NW
      Washington, D.C. 20530