IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| v. | : | Case Number: 05-cr-388 |
| **Darren Hawkins** | : | |

DEFENDANT'S MOTION TO CONTINUE STATUS HEARING

Darren Hawkins, through undersigned counsel, respectfully moves this Court, to continue the plea hearing in this case. In support of this motion counsel states the following:

1. A plea hearing in the captioned case is set for August 3, 2006.

2. Undersigned counsel will be in trial in United States v. Kevin Bailey before the Honorable Emmet Sullivan.

3. Counsel has contacted assigned assistant state's attorney Alex Shawe however was not able to ascertain his position regarding this request.

4. Undersigned is available the morning of August 7, the morning of August 17, and on August 16.

WHEREFORE, the defendant requests that this Honorable Court continue the plea hearing in the captioned case.

Respectfully submitted,

/s/
_____
Nikki Lotze
Roberts & Wood
6801 Kenilworth Avenue, #202
Riverdale, MD 20737
(301) 699-0764