IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES**                             :

v.                                            :        **Case Number: 05-cr-388**

**Darren Hawkins**                            :

### PROPOSED ORDER

UPON CONSIDERATION of the Defendant's Motion to Continue, it is this _____ day of _____ 2006, hereby

ORDERED that the Motion is GRANTED and the hearing is hereby set for _____.

_____
JUDGE KESSLAR

cc:   Nikki Lotze
      Roberts & Wood
      6801 Kenilworth Avenue
      Suite 202
      Riverdale, MD 20737

      AUSA Alex Shawe
      Office of the United States Attorney
      555 Fourth Street, NW
      Washington, D.C. 20530