IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES**                             :

v.                                            :    Case Number: 05-cr-388

**Darren Hawkins**                            :

### PROPOSED ORDER

UPON CONSIDERATION of the Defendant's Motion to Continue, it is this *1st* day of *August* 2006, hereby

ORDERED that the Motion is GRANTED and the hearing is hereby set for *August 7, 2006 at 10:30 am*.

*Gladys Kessler*
JUDGE KESSLER

cc:    Nikki Lotze
       Roberts & Wood
       6801 Kenilworth Avenue
       Suite 202
       Riverdale, MD 20737

       AUSA Alex Shawe
       Office of the United States Attorney
       555 Fourth Street, NW
       Washington, D.C. 20530