UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 05-388(GK) |
| : | |
| : | **FILED** |
| DARREN HAWKINS, : | |
| also known as : | AUG 0 7 2006 |
| Jamal Jackson : | |
| : | NANCY MAYER WHITTINGTON, CLERK |
| Defendant. : | U.S. DISTRICT COURT |
| : | |

**GOVERNMENT'S SUBMISSION TO THE COURT
IN PREPARATION FOR THE UPCOMING PLEA HEARING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, Darren Hawkins (also known as Jamal Jackson) hereby submit the following in preparation for a plea hearing in the instant case.

I.   ELEMENTS OF THE OFFENSES

The essential elements of the offense of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g), are:

1. The defendant knowingly possessed the firearm and ammunition, as charged;

2. Before he possessed the firearm and ammunition, the defendant had been convicted in a court of a crime punishable by imprisonment for a term in excess of one year; and

3. The possession of the firearm and ammunition was in or affecting interstate commerce.

II. COPY OF THE PLEA AGREEMENT

A copy of the plea agreement, not yet executed by the defendant, is attached.

III. PENALTIES

For Unlawful Possession of a Firearm and Ammunition, pursuant to 18 U.S.C. §§ 922(g) and 924(a):

1. a term in prison of not more than 10 years;
2. a fine of not more than $250,000; and
3. a term of supervised release of not less than two years and not more than three years.

IV. FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

Had this matter proceeded to trial, the Government was prepared to prove beyond a reasonable doubt that on September 28, 2005, at approximately 7:00 p.m., officers with the Metropolitan Police Department were patrolling the Barry Farms housing complex and were situated at the 1300 block of Stevens Road, S.E., Washington, D.C. The officers observed defendant, who was later identified as Darren Hawkins (also known as Jamal Jackson), operating a vehicle with Virginia tags and windows that appeared to be of an illegal tint. Upon conducting a traffic stop of defendant's vehicle at the 2700 block of Wade Road, S.E., the officers smelled marijuana from inside of the car and ordered defendant to exit. Upon defendant exiting the vehicle, the officers conducted a lawful search of the car and recovered a small amount of a green substance that later analysis proved to be marijuana. Additionally, the officers recovered from under the front passenger seat an Intra-Tec 9mm machine gun bearing serial number 0035934 and loaded with one round of live ammunition inside of the chamber. The firearm had been placed next to a clip that contained

24 additional rounds of live ammunition. Finally, in plain view, the officers recovered a pistol belt from a rear seat in the vehicle. The government would have proven at trial that the defendant was exercising knowing and intentional constructive possession of the firearm and ammunition recovered from inside of the vehicle at the time of his arrest.

The government would have presented additional evidence at trial proving that there are no gun manufacturers in the District of Columbia, and that the Intra-Tec 9mm machine gun and its ammunition had thus traveled in interstate commerce. Lastly, there would have been testimony that the defendant – at the time of his September 28, 2005 arrest – had previously been convicted of a felony offense in F-8969-99 in the Superior Court of the District of Columbia.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        United States Attorney

        _____
        ALEXANDER P. SHAWE
        Assistant United States Attorney
        DC Bar No. 472492
        Federal Major Crimes Section
        555 Fourth Street, N.W., Room 4239
        Washington, D.C. 20530
        202-514-9519

## DEFENDANT'S ACKNOWLEDGMENT

I have read this factual proffer and have discussed it with my attorney, Nikki Lotze, Esq. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 8-7-06

_____
DARREN HAWKINS (also known as Jamal Jackson)
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: 8/7/06

_____
NIKKI LOTZE
Attorney for Defendant