UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,  :
:
:
v.  :  Criminal No. 05-388 (GK)
:
:
DARREN HAWKINS,  :  **FILED**
:
Defendant.  :  AUG 0 7 2006
:
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

It is hereby this 7th day of Aug., 2006,

**ORDERED** that the U. S. Probation Department shall prepare and file a Pre-Sentence Report no later than Oct. 20, 2006, and it is further

**ORDERED** that any sentencing memoranda are to be filed no later than Nov. 3, 2006 by 5:00 p.m., and it is further

**ORDERED** that the defendant shall be sentenced in Courtroom #26 on Nov. 7, 2006 at 4:15 p.m.,

**IT IS SO ORDERED.**

Gladys Kessler
U.S. District Judge