UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA
Criminal Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 05-388 (GK) |
| | : | |
| DARREN HAWKINS | : | |

UNOPPOSED MOTION TO CONTINUE SENTENCING

Mr. Hawkins, through undersigned counsel, respectfully moves this Court to continue the sentencing in this case. In support of this motion, counsel states the following:

1. Sentencing in this case is now set for November 7, 2006 at 3:45 p.m.

2. Counsel has ordered, but not received, transcripts of proceedings which are needed to review before filing a sentencing memorandum.

3. Counsel has spoken with assigned AUSA, Aaron Mendelson, who has no opposition to continuing the sentencing in this case.

4.. Both counsel are available on November 29, 2006.

CONCLUSION

For these reasons counsel asks that the Court grant the motion to continue the sentencing in this case.

Respectfully submitted,

/s/
_____
Nikki Lotze, #447-881

>Roberts & Wood
>6801 Kenilworth Avenue, Suite 202
>Riverdale, MD 20737
>(301) 699-0764

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion to continue has been mailed to AUSA Aaron Mendelson, Office of the United State's Attorney, 555 Fourth Street, N.W., Washington, D.C. 20530 this 1st day of November 2006.

>/s/
>_____
>Nikki Lotze

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Criminal Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 05-388 (GK) |
| | : | |
| **DARREN HAWKINS** | : | |

PROPOSED ORDER

Upon consideration of the Defendant's unopposed motion to continue the sentencing, good cause having been advanced, it is this _____ day of _____, 2006 hereby

**ORDERED** that the motion is **GRANTED** and the sentencing is continued to November 29, 2006.

_____
Judge Kessler

cc:
Nikki Lotze
ROBERTS & WOOD
6801 Kenilworth Ave. #202
Riverdale, MD 20737

AUSA Aaron Mendelson
Office of the United States Attorney
555 Fourth Street, NW
Washington, D.C.  20001