## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-0388 (GK)** |
| | : | |
| **v.** | : | |
| | : | |
| **DARREN HAWKINS** | : | |
| **Defendant.** | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Aaron Mendelsohn at telephone number 202-514-9519 and/or email address Aaron.Mendelsohn@usdoj.gov  Aaron Mendelsohn will substitute for Assistant United States Attorney Alexander Shawe counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
Aaron Mendelsohn
Assistant United States Attorney
Federal Major Crimes, Bar No. 467-570
555 4th Street, NW, Room 4239
Washington, DC 20530
202-514-9519