IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | 05-388 (GK) |
| DARREN HAWKINS | : | |

DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

Darren Hawkins, through undersigned counsel, respectfully moves this Court, to continue the sentencing currently set in this case for 4:15 on November 30, 2006. In support of this motion counsel states the following:

1. Mr. Hawkins' sentencing date was recently continued to give counsel an opportunity to prepare a sentencing memorandum with the use of transcripts which had to be ordered. The necessary transcripts were prepared today, November 28, 2006. However, counsel has not yet had an opportunity to review the transcripts and prepare the memorandum.

2. Counsel spoke with assigned AUSA Aaron Mendelsohn, who does not oppose this motion.

3. Both counsel have available the following dates and times, should the Court grant the instant motion: December 11, 2006 at 11:00; December 8, 2006, after 2:00 p.m., or anytime on December 12, 2006.

CONCLUSION

For these reasons, Mr. Hawkins seeks a continuance of this sentencing to any of the following dates acceptable to the Court: December 11, 2006 at 11:00; December 8, 2006, after 2:00 p.m., or anytime on December 12, 2006.

Respectfully submitted,

Case 1:05-cr-00388-GK   Document 16   Filed 11/28/2006   Page 2 of 3

          _____/s/_____
          Nikki Lotze
          Roberts & Wood
          6801 Kenilworth Avenue, #202
          Riverdale, MD 20737
          (301) 699-0764

### **CERTIFICATE OF SERVICE**

    I hereby certify that I have sent by facsimile and by electronic notification, a copy of the foregoing motion to AUSA Aaron Mendelsohn on this _____ day of _____, 2006.

          _____
          **Nikki Lotze**

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| **v.** | : | **05-388 (GK)** |
| **DARREN HAWKINS** | : | |

**PROPOSED ORDER**

UPON CONSIDERATION of the Defendant's Unopposed Motion to Continue Sentencing, it is this _____ day of _____ 2006, hereby

ORDERED that the sentencing is rescheduled to _____.

_____
Judge Kessler

cc:   Nikki Lotze
   Roberts & Wood
   6801 Kenilworth Avenue
   Suite 202
   Riverdale, MD 20737

   AUSA Aaron Mendelsohn
   Office of the United States Attorney
   555 4th Street NW
   Washington, D.C. 20530