UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal Case No. 05-388 (GK)** |
| | : | |
| **DARREN D. HAWKINS** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## GOVERNMENT'S MOTION FOR CONTINUANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves for a continuance in this matter. As grounds for this motion, the Government states as follows:

1. This case is currently scheduled for sentencing on December 8, 2006.[1]

2. Due to an unexpected family issue, undersigned counsel will not be in the jurisdiction on this date.

3. Undersigned counsel has contacted counsel for Defendant Hawkins, Nikki Lotze, and she does not oppose the Government's request for a continuance.

4. Accordingly, the United States respectfully requests that the Court continue the sentencing date.

---

[1] Defendant's other pending case before the Court, 04-229, is also set for a status hearing on this date, and the Government respectfully requests that 04-229 be continued to the same date as 05-388.

**WHEREFORE**, the United States respectfully requests a continuance of Defendant's sentencing to 4:15 p.m. on December 19, 2006.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NO. 498-610

_____
AARON H. MENDELSOHN
ASSISTANT UNITED STATES ATTORNEY
D.C. BAR NO. 467-570
FEDERAL MAJOR CRIMES SECTION
(202) 514-9519

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing government's Memorandum in Aid of Sentencing to be served upon counsel for the defendant, Nikki Lotze, this 5th day of December, 2006.

_____
AARON H. MENDELSOHN
ASSISTANT UNITED STATES ATTORNEY