UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal Case No. 05-388 (GK)** |
| : | |
| **DARREN D. HAWKINS** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER

This matter came before the Court on the Government's Motion for Continuance.

Upon consideration of the Motion, and the entire record herein, and upon a finding of good cause shown, it is hereby

**ORDERED**, this _____ day of December, 2006, that the Motion is **GRANTED**, and it is further

**ORDERED**, that the sentencing date of December 8, 2006, is hereby vacated, and it is further

**ORDERED**, that the sentencing date is rescheduled to December 19, 2006, at 4:15 p.m.

_____
JUDGE GLADYS KESSLER