UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Case No. 05-388 (GK) |
| : | |
| DARREN D. HAWKINS : | |
| : | |
| Defendant. : | |

### ORDER

This matter came before the Court on the Government's Motion for Continuance.

Upon consideration of the Motion, and the entire record herein, and upon a finding of good cause shown, it is hereby

ORDERED, this 6th day of December, 2006, that the Motion is **GRANTED**, and it is further

ORDERED, that the sentencing date of December 8, 2006, is hereby vacated, and it is further

ORDERED, that the sentencing date is rescheduled to December 19, 2006, at 3:45 p.m.

_____
JUDGE GLADYS KESSLER