December 13, 2006

The Honorable Gladys Kessler
United States District Court
 for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

    Re:    <u>United States v. Darren Hawkins</u>
           Case No.: 04-229

Dear Judge Kessler:

    Sentencing in the above referenced case is set for December 19, 2006. Enclosed are character letters written on Mr. Hawkin's behalf. Please consider these letters at sentencing.


                      Sincerley,

                        /s/

                      Nikki Lotze

NL/aaw