Dear Judge Kessler,

I'm writing to you for Jahod Jackson. Jahod plays a very important part of his children lives and is a very good father. alot of dumb decisions he make are for the sake of his children to take care of them. The children are hurting not being around their father. Alot of times we feel responsible for some of his actions because his always trying to take care of everyone an sometimes not himself. Jahod heart is a big d cloud his judgements and always get him in trouble, Please give him a chance to make everything whole and make up for his mistakes

Sincerly,

Vanessa Bator

YELLOW CAB COMPANY

Dear Your Honor,

I'm writing this letter for the sake of Jahmal Jackson Sr. and his children. Jahmal plays a very important part of his childrens lives and is a very good father. Alot of things that he do are for his children. He wants so much for them he just need to learn how to do it the right way. Please don't be hard on him he needs to be here for his children, so he can show them not to make bad decisions. Jahmal is a very good person and has a wonderful heart. He has always been there for us in our time of need and sometimes, I feel responsible for some of his actions because I know he do things to take care of us. I know that he has learned his lesson and that to killing him to be away from his children. I pray that he will get the chance to do the right thing.

Thank You
Sincerely,

10

39\;td

,N\;;;'dWO:) H;;:) MOII3A

55509pSG0G