UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.    ) | Criminal No. 05-388 (GK) |
| ) | |
| DARREN HAWKINS, ) | |
| ) | **FILED** |
| Defendant ) | |
| ) | AUG 1 5 2008 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

On December 19, 2006, the Court sentenced the defendant in this case to a thirty-month term of imprisonment, to include credit for time already served prior to sentencing. The Defendant had previously been held without bond since September 28, 2005 and has accordingly now served his entire sentence in this case. Accordingly, it is hereby

**ORDERED** that the Defendant be released from the custody of the District of Columbia Jail in this case <u>immediately</u>.


August 15, 2008

/s/
Gladys Kessler
United States District Judge


**Copies to: Attorneys of record via ECF**